LILLIAN D. COX, Respondent, v. ELIZABETH FUOCO et al., Defendants, and JOHN R. VUNK, as Executor of ANTONIO FUOCO, Deceased, Defendant-Appellant. — In an action to foreclose a mortgage, order granting plaintiff's motion to confirm the report of an official referee and for the entry of a deficiency judgment in the sum of $3,766.17, and denying appellant's cross motion to disapprove

said report and for a new hearing, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ.